IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

PROCEDURES FOR ASSIGNMENT OF CIVIL AND CRIMINAL CASES
3:21-MC-3

### ORDER

The June 24, 2022, order directing the removal of Senior District Judge Neal B. Biggers from the civil and criminal case draws [17] is VACATED and the Clerk of Court is DIRECTED to immediately return Judge Biggers to the civil and criminal case draws at 25% of the caseload of an active district judge.

**SO ORDERED**, this 19th day of December, 2022.

_____
**DEBRA M. BROWN, CHIEF JUDGE**